**Fill in this information to identify your case and this filing:**

| Debtor 1 | Daniel | Jonathon | Kennedy |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **19-11657**

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................... → | **$0.00** |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **GMC** | ☐ Debtor 1 only | | |
| Model: | **Acadia** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2018** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **21,000** | ☑ At least one of the debtors and another | **$24,320.00** | **$24,320.00** |
| Other information: | | | | |
| **2018 GMC Acadia (approx. 21,000 miles)** | | ☑ Check if this is community property (see instructions) | | |

| 3.2. | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| Make: | **Ford** | ☐ Debtor 1 only | | |
| Model: | **F-150** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Year: | **2015** | ☐ Debtor 1 and Debtor 2 only | | |
| Approximate mileage: | **26,000** | ☑ At least one of the debtors and another | **$32,137.00** | **$32,137.00** |
| Other information: | | | | |
| **2015 Ford F-150 (approx. 26,000 miles)** | | ☑ Check if this is community property (see instructions) | | |

Debtor 1   **Daniel Jonathon Kennedy**                  Case number (if known)   **19-11657**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2.  Write that number here..........................................................➜    **$56,457.00**

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**                         **$10,555.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
             music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....   **See continuation page(s).**                         **$950.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
             stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
             canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**                         **$1,500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
              gold, silver

    ☐ No
    ☑ Yes. Describe.....   **See continuation page(s).**                         **$500.00**

Debtor 1    **Daniel Jonathon Kennedy**        Case number (if known)   **19-11657**

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here.................................................................................** →    **$13,505.00**

---

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.................................................................................................. Cash: ...........................   **$20.00**

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking account: | **Chase checking 0925 - comingled funds** | **$4,316.17** |
| 17.2. | Checking account: | **USAA checking 0462 - comingled funds** | **$526.38** |
| 17.3. | Checking account: | **Frost checking 7508 - account has been frozen by the bank** | **$214.95** |
| 17.4. | Checking account: | **Frost business checking 6956 - signer on Kennedy Construction Group LLC** | **$0.00** |
| 17.5. | Checking account: | **Frost business checking 7462 - signer on Kennedy Construction Group LLC** | **$0.00** |
| 17.6. | Checking account: | **Frost business checking 7683 - signer on Kennedy Equity LLC** | **$0.00** |
| 17.7. | Checking account: | **Frost business checking 4602 - signer on Kennedy Equity LLC** | **$0.00** |
| 17.8. | Checking account: | **Frost business checking 7691 - signer on Kennedy Equity LLC** | **$0.00** |
| 17.9. | Checking account: | **Frost business checking 5269 - signer on Kennedy Construction Group LLC** | **$0.00** |
| 17.10. | Savings account: | **USAA savings 0454 - comingled funds** | **$1,012.19** |
| 17.11. | Savings account: | **Frost savings 2361 - comingled funds** | **$2,000.00** |

Debtor 1  **Daniel Jonathon Kennedy** _____  Case number (if known) **19-11657**

**18.  Bonds, mutual funds, or publicly traded stocks**
    _Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................  Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes.  Give specific
    information about
    them..........................  Name of entity:                                    % of ownership:

| Name of entity | % of ownership | |
|---|---|---|
| Kennedy Construction Group LLC | 90% | $0.00 |
| Kennedy Equity LLC | 50% | $0.00 |
| This Is It LLC | 100% | $0.00 |
| Summermoon Enterprises LP | 10% | $0.00 |
| Discount Insulation LLC | 100% | $0.00 |
| JDDK LLC | 50% | $0.00 |

**20.  Government and corporate bonds and other negotiable and non-negotiable instruments**
    _Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
    _Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
    information about
    them..........................  Issuer name:

**21.  Retirement or pension accounts**
    _Examples:_ Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
        profit-sharing plans

☑ No
☐ Yes.  List each
    account separately.    Type of account:       Institution name:

**22.  Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    _Examples:_ Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
    companies, or others

☑ No
☐ Yes............................                Institution name or individual:

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................  Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................  Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific
    information about them

Debtor 1    __Daniel Jonathon Kennedy_____    Case number (if known)  __19-11657____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
   information about them

**27. Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific
   information about them

| Property Management Inc franchise paid $35,000 5/19 | **$10,000.00** |
| --- | --- |

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
   about them, including whether
   you already filed the returns
   and the tax years.................

Federal: _____
State: _____
Local: _____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
   compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
   company of each policy
   and list its value................ Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
   entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

Debtor 1    **Daniel Jonathon Kennedy**                          Case number (if known)  **19-11657**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........ [                    ]                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........ [                    ]                    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information  [                    ]                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................ ➜  | $18,089.69 |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe.. [                    ]                    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes.  Describe.. [                    ]                    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe.. [                    ]                    _____

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe.. [                    ]                    _____

Debtor 1  **Daniel Jonathon Kennedy**                                    Case number (if known)  **19-11657**

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe....

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**.................................................................................➔ | **$0.00**

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

48. **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................................➔ | **$0.00**

Debtor 1    **Daniel Jonathon Kennedy**            Case number (if known)   **19-11657**

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**............................................ ➔    **$0.00**

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**.................................................................................................... ➔    **$0.00**

56. **Part 2: Total vehicles, line 5**                    **$56,457.00**

57. **Part 3: Total personal and household items, line 15**       **$13,505.00**

58. **Part 4: Total financial assets, line 36**           **$18,089.69**

59. **Part 5: Total business-related property, line 45**        **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**

61. **Part 7: Total other property not listed, line 54**    **+**      **$0.00**

62. **Total personal property.**    Add lines 56 through 61..................    **$88,051.69**    Copy personal property total ➔ **+**    **$88,051.69**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62...............................................................    **$88,051.69**

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known)  **19-11657**

**6.    Household goods and furnishings (details):**

| | |
|---|---|
| kitchenware | $100.00 |
| table and chars | $200.00 |
| sofa | $500.00 |
| coffee table | $50.00 |
| end tables | $50.00 |
| bookcase | $50.00 |
| lamps | $300.00 |
| desk | $300.00 |
| rug | $50.00 |
| bed | $500.00 |
| dresser | $300.00 |
| night stand | $100.00 |
| bed | $300.00 |
| dresser | $200.00 |
| night stand | $50.00 |
| bed | $300.00 |
| dresser | $200.00 |
| night stand | $200.00 |
| desk | $200.00 |
| crib | $150.00 |
| linens | $300.00 |
| vacuum | $50.00 |
| grill | $100.00 |
| washer | $200.00 |
| dryer | $150.00 |
| tools | $200.00 |
| misc household goods | $500.00 |
| refrigerator | $500.00 |
| Keurig | $30.00 |
| knife set | $50.00 |
| misc cookware | $500.00 |
| dishware | $150.00 |
| china | $250.00 |

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)  **19-11657** _____

| | |
|---|---:|
| **crystal** | **$70.00** |
| **kitchen table & chairs** | **$200.00** |
| **espresso machine** | **$300.00** |
| **wall mirror** | **$70.00** |
| **candle sconces** | **$50.00** |
| **dining table & chairs** | **$350.00** |
| **entry bench** | **$75.00** |
| **office chairs** | **$100.00** |
| **architects desk** | **$75.00** |
| **console** | **$50.00** |
| **printer** | **$40.00** |
| **tv console** | **$150.00** |
| **ottoman** | **$30.00** |
| **couch** | **$200.00** |
| **lamps** | **$40.00** |
| **artwork** | **$100.00** |
| **entry table** | **$100.00** |
| **wheel well** | **$40.00** |
| **rocking chairs** | **$200.00** |
| **tools** | **$100.00** |
| **leaf blower** | **$25.00** |
| **tricycles** | **$60.00** |
| **books** | **$75.00** |
| **carseats** | **$200.00** |
| **strollers** | **$250.00** |
| **rock n play** | **$65.00** |
| **toys** | **$400.00** |
| **bar stools** | **$60.00** |

7.   **Electronics (details):**

| | |
|---|---:|
| **laptop** | **$200.00** |
| **cell phone** | **$300.00** |
| **cell phone** | **$200.00** |
| **printer** | **$50.00** |
| **television** | **$200.00** |

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known)   **19-11657**

**11.** <u>Clothes (details):</u>

    **mens clothing**                                                                                   **$400.00**

    **womens clothing and accessories**                                                              **$500.00**

    **girls clothing**                                                                                  **$300.00**

    **baby clothing**                                                                                   **$300.00**

**12.** <u>Jewelry (details):</u>

    **mens wedding ring**                                                                               **$500.00**

    **womens wedding ring**                                                                               **$0.00**
    **fmv $5000**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2018 GMC Acadia (approx. 21,000 miles)**<br><br>Line from *Schedule A/B*:   **3.1** | **$24,320.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $3,402.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**2015 Ford F-150 (approx. 26,000 miles)**<br><br>Line from *Schedule A/B*:   **3.2** | **$32,137.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known) **19-11657**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **kitchenware**<br><br>Line from *Schedule A/B*: __6__ | **$100.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **table and chars**<br><br>Line from *Schedule A/B*: __6__ | **$200.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **sofa**<br><br>Line from *Schedule A/B*: __6__ | **$500.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **coffee table**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **end tables**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **bookcase**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **lamps**<br><br>Line from *Schedule A/B*: __6__ | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **desk**<br><br>Line from *Schedule A/B*: __6__ | **$300.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **rug**<br><br>Line from *Schedule A/B*: __6__ | **$50.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)  **19-11657**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **bed** <br> Line from *Schedule A/B*: __6__ | **$500.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dresser** <br> Line from *Schedule A/B*: __6__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **night stand** <br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **bed** <br> Line from *Schedule A/B*: __6__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dresser** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **night stand** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **bed** <br> Line from *Schedule A/B*: __6__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dresser** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00** <br> **100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **night stand** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00** <br> **100% of fair market value, up to any applicable statutory limit)** |

Debtor 1    **Daniel Jonathon Kennedy**      Case number (if known)   **19-11657**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **desk** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **crib** <br> Line from *Schedule A/B*: __6__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $150.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **linens** <br> Line from *Schedule A/B*: __6__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **vacuum** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **grill** <br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **washer** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dryer** <br> Line from *Schedule A/B*: __6__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $150.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **tools** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **misc household goods** <br> Line from *Schedule A/B*: __6__ | **$500.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1    __Daniel Jonathon Kennedy_____    Case number (if known) __19-11657__

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **refrigerator** <br> Line from *Schedule A/B*: __6__ | **$500.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Keurig** <br> Line from *Schedule A/B*: __6__ | **$30.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $30.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **knife set** <br> Line from *Schedule A/B*: __6__ | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **misc cookware** <br> Line from *Schedule A/B*: __6__ | **$500.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dishware** <br> Line from *Schedule A/B*: __6__ | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $150.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **china** <br> Line from *Schedule A/B*: __6__ | **$250.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $250.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **crystal** <br> Line from *Schedule A/B*: __6__ | **$70.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $70.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **kitchen table & chairs** <br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **espresso machine** <br> Line from *Schedule A/B*: __6__ | **$300.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00 100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Daniel Jonathon Kennedy** | | Case number (if known) | **19-11657** |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **wall mirror** <br><br> Line from *Schedule A/B*:   **6** | **$70.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $70.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **candle sconces** <br><br> Line from *Schedule A/B*:   **6** | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **dining table & chairs** <br><br> Line from *Schedule A/B*:   **6** | **$350.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $350.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **entry bench** <br><br> Line from *Schedule A/B*:   **6** | **$75.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **office chairs** <br><br> Line from *Schedule A/B*:   **6** | **$100.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **architects desk** <br><br> Line from *Schedule A/B*:   **6** | **$75.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **console** <br><br> Line from *Schedule A/B*:   **6** | **$50.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **printer** <br><br> Line from *Schedule A/B*:   **6** | **$40.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $40.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **tv console** <br><br> Line from *Schedule A/B*:   **6** | **$150.00** | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $150.00 100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Daniel Jonathon Kennedy** | Case number (if known) | **19-11657** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **ottoman** <br><br> Line from *Schedule A/B*: __6__ | **$30.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $30.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **couch** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **lamps** <br><br> Line from *Schedule A/B*: __6__ | **$40.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $40.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **artwork** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **entry table** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **wheel well** <br><br> Line from *Schedule A/B*: __6__ | **$40.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $40.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **rocking chairs** <br><br> Line from *Schedule A/B*: __6__ | **$200.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **tools** <br><br> Line from *Schedule A/B*: __6__ | **$100.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $100.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **leaf blower** <br><br> Line from *Schedule A/B*: __6__ | **$25.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $25.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1 **Daniel Jonathon Kennedy**      Case number (if known) **19-11657**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**tricycles**<br>Line from *Schedule A/B:* **6** | $60.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $60.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**books**<br>Line from *Schedule A/B:* **6** | $75.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $75.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**carseats**<br>Line from *Schedule A/B:* **6** | $200.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**strollers**<br>Line from *Schedule A/B:* **6** | $250.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $250.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**rock n play**<br>Line from *Schedule A/B:* **6** | $65.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $65.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**toys**<br>Line from *Schedule A/B:* **6** | $400.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $400.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**bar stools**<br>Line from *Schedule A/B:* **6** | $60.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $60.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**laptop**<br>Line from *Schedule A/B:* **7** | $200.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**cell phone**<br>Line from *Schedule A/B:* **7** | $300.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

Debtor 1 __Daniel Jonathon Kennedy_____   Case number (if known) __19-11657__

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**cell phone**<br>Line from *Schedule A/B*: __7__ | **$200.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**printer**<br>Line from *Schedule A/B*: __7__ | **$50.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $50.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**television**<br>Line from *Schedule A/B*: __7__ | **$200.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $200.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**mens clothing**<br>Line from *Schedule A/B*: __11__ | **$400.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $400.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**womens clothing and accessories**<br>Line from *Schedule A/B*: __11__ | **$500.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**girls clothing**<br>Line from *Schedule A/B*: __11__ | **$300.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**baby clothing**<br>Line from *Schedule A/B*: __11__ | **$300.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3) (Claimed: $300.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**mens wedding ring**<br>Line from *Schedule A/B*: __12__ | **$500.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed: $500.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**womens wedding ring fmv $5000**<br>Line from *Schedule A/B*: __12__ | **$0.00** | ☐<br>☒ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

| Debtor 1 | **Daniel Jonathon Kennedy** | Case number (if known) | **19-11657** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Chase checking 0925 - comingled funds** Line from *Schedule A/B*: **17.1** | **$4,316.17** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $1,837.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **USAA checking 0462 - comingled funds** Line from *Schedule A/B*: **17.2** | **$526.38** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $526.38 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **USAA savings 0454 - comingled funds** Line from *Schedule A/B*: **17.10** | **$1,012.19** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $1,012.19 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Frost savings 2361 - comingled funds** Line from *Schedule A/B*: **17.11** | **$2,000.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $524.43 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Frost checking 7508 - account has been frozen by the bank** Line from *Schedule A/B*: **17.3** | **$214.95** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Frost business checking 6956 - signer on Kennedy Construction Group LLC** Line from *Schedule A/B*: **17.4** | **$0.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Frost business checking 7462 - signer on Kennedy Construction Group LLC** Line from *Schedule A/B*: **17.5** | **$0.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Frost business checking 7683 - signer on Kennedy Equity LLC** Line from *Schedule A/B*: **17.6** | **$0.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Frost business checking 4602 - signer on Kennedy Equity LLC** Line from *Schedule A/B*: **17.7** | **$0.00** | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00 100% of fair market value, up to any applicable statutory limit)** |

Debtor 1     **Daniel Jonathon Kennedy**                                              Case number (if known)   **19-11657**

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Frost business checking 7691 - signer on Kennedy Equity LLC**<br>Line from *Schedule A/B*:  **17.8** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Frost business checking 5269 - signer on Kennedy Construction Group LLC**<br>Line from *Schedule A/B*:  **17.9** | **$0.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $0.00**<br>**100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Property Management Inc franchise paid $35,000 5/19**<br>Line from *Schedule A/B*:  **27** | **$10,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5) (Claimed: $10,000.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Daniel Jonathon Kennedy**

CASE NO   **19-11657**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $56,457.00 | $58,787.00 | $3,402.00 | $3,402.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $10,555.00 | $0.00 | $10,555.00 | $10,555.00 | $0.00 |
| 7. | Electronics | $950.00 | $0.00 | $950.00 | $950.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $1,500.00 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 12. | Jewelry | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $20.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 17. | Deposits of money | $8,069.69 | $0.00 | $8,069.69 | $3,900.00 | $4,169.69 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $10,000.00 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Daniel Jonathon Kennedy**

CASE NO   **19-11657**

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**

Scheme Selected: **Federal**

(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------| --------------------|------------------------|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$88,051.69** | **$58,787.00** | **$34,996.69** | **$30,807.00** | **$4,189.69** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Daniel Jonathon Kennedy**

CASE NO **19-11657**

CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| cash | $20.00 | | $20.00 | $20.00 |
| Chase checking 0925 - comingled funds | $4,316.17 | | $4,316.17 | $2,479.17 |
| Frost savings 2361 - comingled funds | $2,000.00 | | $2,000.00 | $1,475.57 |
| Frost checking 7508 - account has been frozen by the bank | $214.95 | | $214.95 | $214.95 |
| **TOTALS:** | **$6,551.12** | **$0.00** | **$6,551.12** | **$4,189.69** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Daniel Jonathon Kennedy**

CASE NO  **19-11657**

CHAPTER  **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 3*

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$88,051.69** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$88,051.69** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$58,787.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$58,787.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$34,996.69** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$34,996.69** |
| J.  Total Exemptions Claimed                    (Wild Card Used: $13,900.00, Available: $0.00) | **$30,807.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$4,189.69** |

**Fill in this information to identify your case:**

Debtor 1 __Daniel__ __Jonathon__ __Kennedy__
First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number __19-11657__
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
| --- | --- |

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
| --- | --- | --- | --- |

**2.1**

**Greater Texas FCU**
Creditor's name
**6411 N. Lamar**
Number    Street

**Austin          TX    78752-4088**
City          State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Date debt was incurred __10/18__

Describe the property that secures the claim:
**2015 Ford F-150**

| $37,869.00 | $32,137.00 | $5,732.00 |
| --- | --- | --- |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

Last 4 digits of account number __X__ __X__ __X__ __X__

Add the dollar value of your entries in Column A on this page. Write that number here:

| $37,869.00 |
| --- |

Debtor 1 **Daniel Jonathon Kennedy**     Case number (if known) **19-11657**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.2**

**Greater Texas FCU**
Creditor's name
**6411 N. Lamar**
Number     Street

Describe the property that secures the claim:

**2018 GMC Acadia**

| | $20,918.00 | $24,320.00 | |

**Austin          TX      78752-4088**
City          State   ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _5/18_

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.

- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Purchase Money**

**Last 4 digits of account number**     X  X  X  X

Add the dollar value of your entries in Column A on this page. Write that number here:     $20,918.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:     $58,787.00

Official Form 106D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | **$900.00** | **$900.00** | **$0.00** |

**Internal Revenue Service**
Priority Creditor's Name
**Special Procedures Staff - Insolvency**
Number      Street
**PO Box 7346**

**Philadelphia          PA      19101-7346**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**nondischargeable**

Last 4 digits of account number    **4   7   7   0**
When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1    **Daniel Jonathon Kennedy**      Case number (if known)   **19-11657**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.   Do any creditors have nonpriority unsecured claims against you?**

  ☐   No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ☑   Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

 

**Total claim**

**4.1**

**American Express**
Nonpriority Creditor's Name
**PO Box 650448**
Number     Street

**$11,364.00**

Last 4 digits of account number   **3**   **0**   **0**   **9**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Dallas**      **TX**    **75265-0448**
City          State    ZIP Code

**Who incurred the debt?**   Check one.

  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☑ At least one of the debtors and another

  ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

  ☑ No
  ☐ Yes

**Type of NONPRIORITY unsecured claim:**

  ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ Other. Specify   **Business Debt**

 

**4.2**

**Barclays Bank**
Nonpriority Creditor's Name
**PO Box 8801**
Number     Street

**$23,799.00**

Last 4 digits of account number   **7**   **4**   **8**   **3**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed

**Wilmington**      **DE**    **19899-8801**
City          State    ZIP Code

**Who incurred the debt?**   Check one.

  ☑ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☐ At least one of the debtors and another

  ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

  ☑ No
  ☐ Yes

**Type of NONPRIORITY unsecured claim:**

  ☐ Student loans
  ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  ☐ Debts to pension or profit-sharing plans, and other similar debts
  ☑ Other. Specify   **Business/Consumer**

Debtor 1 __Daniel Jonathon Kennedy_____  Case number (if known) __19-11657__

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

| 4.3 | | **$139,006.00** |

**BMC**
Nonpriority Creditor's Name
**4501 Burleson Rd**
Number        Street
_____

**Austin**            **TX**    **78744**
City            State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **6  5  7  4**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **guaranty**

| 4.4 | | **$0.00** |

**Brian Cumings**
Nonpriority Creditor's Name
**Graves Dougherty Hearon & Moddy**
Number        Street
**401 Congress ave #2700**
_____

**Austin**            **TX**    **78701**
City            State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Notice Only**

| 4.5 | | **$19,495.00** |

**Chrysler Capital**
Nonpriority Creditor's Name
**PO Box 961275**
Number        Street
_____

**Fort Worth**          **TX**    **76161**
City            State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **x  x  x  x**

**When was the debt incurred?**  **4/18**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Co-signer on business vehicle loan**

Debtor 1 **Daniel Jonathon Kennedy** _____ Case number (if known) **19-11657**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | | $442,840.00 |
|---|---|---|

**Cohen Financial**
Nonpriority Creditor's Name

**4601 College Blvd Ste 300**
Number      Street

_____

_____

**Leawood          KS    66211**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   **6   7   9   1**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Assignee of Housemax Funding LLC**

| 4.7 | | $220,000.00 |
|---|---|---|

**Elif Selvili**
Nonpriority Creditor's Name

**3212 Bryker Dr**
Number      Street

_____

_____

**Austin          TX    78703**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

Last 4 digits of account number   ___  ___  ___  ___

**When was the debt incurred?**   **5/17/22**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **guaranty**

**guarantor for second secured loan to This Is It LLC for property at 5210 Joe Sayers Avenue**

Debtor 1 **Daniel Jonathon Kennedy**  Case number (if known) **19-11657**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing your entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.8 | | $0.00 |
|---|---|---|

**Frost**
Nonpriority Creditor's Name
**PO Box 34746**
Number        Street

Last 4 digits of account number   **9   0   0   1**

When was the debt incurred?  _____

**San Antonio              TX        78265**
City                        State      ZIP Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Kennedy Construction Group LLC**

| 4.9 | | $727,000.00 |
|---|---|---|

**Housemax Funding LLC**
Nonpriority Creditor's Name
**5901 Old Fredericksburg Rd Ste D101**
Number        Street

Last 4 digits of account number   **1   2   7   2**

When was the debt incurred?   **5/17/19**

**Austin              TX        78749-1210**
City                        State      ZIP Code

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **guaranty**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**guarantor for secured loan to This Is It LLC for property at 5210 Joe Sayers Avenue**

Debtor 1 __Daniel Jonathon Kennedy_____  Case number (if known) __19-11657__

## Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim |
|---|---|

**4.10**

| | |
|---|---|
| | **$0.00** |

**Housemax Funding LLC**
Nonpriority Creditor's Name
**5901 Old Fredericksburg Rd Ste D101**
Number        Street

_____

**Austin                     TX        78749-1210**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** __11/2/18__

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Assigned to Cohen Financial**

**guarantor for secured loan to This Is It LLC and Hartel Equity ATX LLC for property at 2407 Mission Hill**

**4.11**

| | |
|---|---|
| | **$0.00** |

**Jay P Otto**
Nonpriority Creditor's Name
**PO Box 26707**
Number        Street

_____

**Austin                     TX        78755**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Notice Only**

**secured loan to Summer Moon Enterprises LP for property at 3005 Matador, Austin, TX 78741**

Debtor 1 **Daniel Jonathon Kennedy**

Case number (if known) **19-11657**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12

**$83,000.00**

**Jeffery Kemper**
Nonpriority Creditor's Name
**2409 Spring Creek Dr**
Number          Street

**Austin                    TX        78704**
City                                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Construction dispute**

### 4.13

**$1,500.00**

**Law Office of Michael Baumer**
Nonpriority Creditor's Name
**7600 Burnet Road, Suite 530**
Number          Street

**Austin                    TX        78757**
City                                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Attorney Fees**

### 4.14

**$500,000.00**

**Rexford Industrial Realty LP**
Nonpriority Creditor's Name
**1210 N Red Gum St**
Number          Street

**Anaheim                    CA        92806**
City                                State      ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Commercial lease**

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known)  **19-11657**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.15 | | **$0.00** |
|---|---|---|

**Texas Comptroller of Public Accounts**
Nonpriority Creditor's Name
**Revenue Accounting Div - Bankruptcy Sect**
Number    Street
**PO Box 13528 Capitol Station**

**Austin                    TX      78711**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**This Is It LLC**

Last 4 digits of account number    **8    8    6    7**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Notice Only**

| 4.16 | | **$0.00** |
|---|---|---|

**Travis County Tax Collector**
Nonpriority Creditor's Name
**PO Box 149328**
Number    Street

**Austin                    TX      78714-9328**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**This Is It LLC**

Last 4 digits of account number    **0    0    0    0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Notice Only**

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)  **19-11657** _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Jacob Scheick**
Name
**2301 S. Capital of Texas Hwy Bldg H**
Number        Street

**Austin**                    **TX**    **78746**
City                              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Megan Farnsworth**
Name
**2409 Spring Creek Dr**
Number        Street

**Austin**                    **TX**    **78704**
City                              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Construction dispute**                   ☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

**Sandra Stevenson**
Name
**27489 Agoura Rd #102**
Number        Street

**Agoura Hills**            **CA**    **91301**
City                              State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _**4.14**_ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   ___ ___ ___ ___

Debtor 1    **Daniel Jonathon Kennedy**                                     Case number (if known)  **19-11657**

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
    28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $900.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + $0.00 |
| | 6e. | **Total.**   Add lines 6a through 6d. | 6d. $900.00 |

|  |  | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + $2,168,004.00 |
| | 6j. | **Total.**   Add lines 6f through 6i. | 6j. $2,168,004.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an
   amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

|  | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Joe Linsalata** | **commercial lease at 824 W 10th St, Austin, TX** |
| | Name | **78701** |
| | **14975 Doria Drive** | **Contract to be ASSUMED** |
| | Number     Street | |
| | | |
| | **Austin**              **TX**        **78728** | |
| | City                     State      ZIP Code | |
| 2.2 | **Peter Frohman** | **house lease** |
| | Name | **Contract to be ASSUMED** |
| | **CMR 414 Box 2378** | |
| | Number     Street | |
| | **APO AE 09173** | |
| | | |
| | City                     State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** *(If you are filing a joint case, do not list either spouse as a codebtor.)*

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☑ Yes

   In which community state or territory did you live?  **Texas**  Fill in the name and current address of that person.

   **Renee Leann Kennedy**
   Name of your spouse, former spouse, or legal equivalent
   **3310 San Benito CT**
   Number        Street

   | **Austin** | **TX** | **78738** |
   |---|---|---|
   | City | State | ZIP Code |

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* Your codebtor

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   | 3.1 | **Avenue B Development** | |
   |---|---|---|
   | | Name | |
   | | **824 W 10th St Ste 100** | |
   | | Number        Street | |

   ☐ Schedule D, line _____
   ☑ Schedule E/F, line **4.1**
   ☐ Schedule G, line _____

   | **Austin** | **TX** | **78701-2039** |
   |---|---|---|
   | City | State | ZIP Code |

   **American Express**

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known) __**19-11657**__

**Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.2 | **Avenue B Development** |
|---|---|

Name
**904 West Ave Ste 102**
Number      Street

**Austin**                    **TX**      **78701**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.3**__
☐ Schedule G, line _____
**BMC**

| 3.3 | **Hartel Equity ATX LLC** |
|---|---|

Name
**3310 San Benito Drive**
Number      Street

**Austin**                    **TX**      **78738**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.10**__
☐ Schedule G, line _____
**Housemax Funding LLC**

| 3.4 | **Kennedy Construction Group LLC** |
|---|---|

Name
**3310 San Benito Ct**
Number      Street

**Austin**                    **TX**      **78738**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.5**__
☐ Schedule G, line _____
**Chrysler Capital**

| 3.5 | **Michael Hartel** |
|---|---|

Name
**3310 San Benito Drive**
Number      Street

**Austin**                    **TX**      **78738**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.10**__
☐ Schedule G, line _____
**Housemax Funding LLC**

| 3.6 | **This Is It LLC** |
|---|---|

Name
**824 W 10th St Ste 100**
Number      Street

**Austin**                    **TX**      **78701**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.9**__
☐ Schedule G, line _____
**Housemax Funding LLC**

| 3.7 | **This Is It LLC** |
|---|---|

Name
**824 W 10th St Ste 100**
Number      Street

**Austin**                    **TX**      **78701**
City                          State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.10**__
☐ Schedule G, line _____
**Housemax Funding LLC**

Debtor 1    **Daniel Jonathon Kennedy**                          Case number (if known)  **19-11657**

███████    **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                              *Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.8 | **This Is It LLC** |
|---|---|
Name
**824 W 10th St Ste 100**
Number        Street

**Austin**                    **TX**        **78701**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.7**
☐ Schedule G, line _____
**Elif Selvili**

| 3.9 | **Kennedy, Renee Leann** |
|---|---|
Name
**3310 San Benito Ct**
Number        Street

**Austin**                    **TX**        **78738**
City                          State        ZIP Code

☑ Schedule D, line    **2.1**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Greater Texas FCU**

| 3.10 | **Kennedy, Renee Leann** |
|---|---|
Name
**3310 San Benito Ct**
Number        Street

**Austin**                    **TX**        **78738**
City                          State        ZIP Code

☑ Schedule D, line    **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Greater Texas FCU**

| 3.11 | **Kennedy, Renee Leann** |
|---|---|
Name
**3310 San Benito Ct**
Number        Street

**Austin**                    **TX**        **78738**
City                          State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **2.1**
☐ Schedule G, line _____
**Internal Revenue Service**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Daniel**  **Jonathon**  **Kennedy** |
| | First Name        Middle Name        Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-11657** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| **Occupation** | **Owner** | **Realtor** |
| **Employer's name** | **Kennedy Construction Group LLC** | **Self** |
| **Employer's address** | **824 W. 10th St #100** | **3310 San Benito Ct** |
| | Number  Street | Number  Street |
| | **Austin**    **TX**  **78701** | **Austin**    **TX**  **78738** |
| | City    State  Zip Code | City    State  Zip Code |
| **How long employed there?** | **2018** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  **$4,166.67** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. +  **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4.  **$4,166.67** | **$0.00** |

Debtor 1    **Daniel Jonathon Kennedy**                                                    Case number (if known)   **19-11657**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................... ➔ | 4. | **$4,166.67** | **$0.00** |
| **5. List all payroll deductions:** |  |  |  |
| **5a. Tax, Medicare, and Social Security deductions** | 5a. | **$584.42** | **$0.00** |
| **5b. Mandatory contributions for retirement plans** | 5b. | **$0.00** | **$0.00** |
| **5c. Voluntary contributions for retirement plans** | 5c. | **$0.00** | **$0.00** |
| **5d. Required repayments of retirement fund loans** | 5d. | **$0.00** | **$0.00** |
| **5e. Insurance** | 5e. | **$0.00** | **$0.00** |
| **5f. Domestic support obligations** | 5f. | **$0.00** | **$0.00** |
| **5g. Union dues** | 5g. | **$0.00** | **$0.00** |
| **5h. Other deductions.** Specify: _____ | 5h. + | **$0.00** | **$0.00** |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$584.42** | **$0.00** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$3,582.25** | **$0.00** |
| **8. List all other income regularly received:** |  |  |  |
| **8a. Net income from rental property and from operating a business, profession, or farm** | 8a. | **$2,285.00** | **$0.00** |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |  |
| **8b. Interest and dividends** | 8b. | **$0.00** | **$0.00** |
| **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | **$0.00** | **$0.00** |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |  |
| **8d. Unemployment compensation** | 8d. | **$0.00** | **$0.00** |
| **8e. Social Security** | 8e. | **$0.00** | **$0.00** |
| **8f. Other government assistance that you regularly receive** |  |  |  |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| **8g. Pension or retirement income** | 8g. | **$0.00** | **$0.00** |
| **8h. Other monthly income.** Specify:  **distributions from Kennedy Construction** | 8h. + | **$3,000.00** | **$0.00** |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$5,285.00** | **$0.00** |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$8,867.25** + **$0.00** = | **$8,867.25** |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____     11. +     **$0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.     12.     **$8,867.25**
**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    **None.**
☐ Yes. Explain:

| Debtor 1 | **Daniel Jonathon Kennedy** | Case number (if known) | **19-11657** |
| --- | --- | --- | --- |

8a.  Attached Statement (Debtor 1)

### Realtor

**Gross Monthly Income:** $2,600.00

| Expense | Category | Amount |
| --- | --- | --- |
| MLS dues | | **$165.00** |
| desk fees | | **$150.00** |

**Total Monthly Expenses** $315.00

**Net Monthly Income:** $2,285.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **19-11657** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　　☐ No

   　　☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☒ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| daughter | 3 | ☐ No  ☒ Yes |
| daughter | 2 | ☐ No  ☒ Yes |
| son | .5 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No

   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

| | | |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. _____ **$2,800.00** |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. _____ **$60.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. _____ **$200.00** |
| 4d. | Homeowner's association or condominium dues | 4d. _____ |

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)   **19-11657** _____

|  |  | Your expenses |
|---|---|---|

5.  **Additional mortgage payments for your residence,** such as home equity loans

5. _____

6.  **Utilities:**

6a.  Electricity, heat, natural gas

6a. _____ **$270.00**

6b.  Water, sewer, garbage collection

6b. _____ **$345.00**

6c.  Telephone, cell phone, Internet, satellite, and cable services

6c. _____ **$430.00**

6d.  Other.  Specify: _____

6d. _____

7.  **Food and housekeeping supplies**

7. _____ **$2,000.00**

8.  **Childcare and children's education costs**

8. _____ **$345.00**

9.  **Clothing, laundry, and dry cleaning**

9. _____ **$380.00**

10.  **Personal care products and services**

10. _____ **$200.00**

11.  **Medical and dental expenses**

11. _____ **$550.00**

12.  **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.

12. _____ **$150.00**

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**

13. _____ **$200.00**

14.  **Charitable contributions and religious donations**

14. _____ **$100.00**

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.  Life insurance

15a. _____

15b.  Health insurance

15b. _____ **$675.00**

15c.  Vehicle insurance

15c. _____ **$169.00**

15d.  Other insurance.  Specify:  **personal property** _____

15d. _____ **$18.50**

16.  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____

16. _____

17.  **Installment or lease payments:**

17a.  Car payments for Vehicle 1    **2015 Ford F-150**

17a. _____ **$549.00**

17b.  Car payments for Vehicle 2    **2018 GMC Acadia**

17b. _____ **$396.00**

17c.  Other.  Specify: _____

17c. _____

17d.  Other.  Specify: _____

17d. _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**

18. _____

19.  **Other payments you make to support others who do not live with you.**
Specify: _____

19. _____

Debtor 1    **Daniel Jonathon Kennedy**        Case number (if known)   **19-11657**

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: _____    21. **+** _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$9,837.50** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$9,837.50** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$8,867.25** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** **$9,837.50** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **($970.25)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
        **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets |
|---|---|
| | Value of what you own |
| **1.**  *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a.  Copy line 55, Total real estate, from Schedule A/B..................................................... | **$0.00** |
| 1b.  Copy line 62, Total personal property, from Schedule A/B............................................ | **$88,051.69** |
| 1c.  Copy line 63, Total of all property on Schedule A/B...................................................... | **$88,051.69** |

### Part 2:    Summarize Your Liabilities

| | Your liabilities |
|---|---|
| | Amount you owe |
| **2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$58,787.00** |
| **3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$900.00** |
| 3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$2,168,004.00** |
| **Your total liabilities** | **$2,227,691.00** |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| **4.**  *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of Schedule I............................................................. | **$8,867.25** |
| **5.**  *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of Schedule J..................................................................... | **$9,837.50** |

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)  **19-11657**

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.**  _Consumer debts_ are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9 for statistical purposes.  28 U.S.C. § 159.

☑   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.   From the _Statement of Your Current Monthly Income:_ Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.         _____

9.   Copy the following special categories of claims from Part 4, line 6 of _Schedule E/F:_

                                                                                      **Total claim**

From Part 4 on _Schedule E/F,_ copy the following:

9a.   Domestic support obligations.  (Copy line 6a.)                                   _____

9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.)           _____

9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) _____

9d.   Student loans.  (Copy line 6f.)                                                  _____

9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                                              _____

9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

9g.   **Total.**  Add lines 9a through 9f.                                             _____

Official Form 106Sum       **Summary of Your Assets and Liabilities and Certain Statistical Information**       page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Daniel Jonathon Kennedy**          X _____
Daniel Jonathon Kennedy, Debtor 1                Signature of Debtor 2

Date **12/17/2019**                          Date _____
    MM / DD / YYYY                                  MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:      Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☒ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☐ No
   ☒ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Non-Filing Spouse: | Dates Non-Filing Spouse lived there |
|---|---|---|---|
| | | ☒ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **1603 Broadmoor** | From **2016** | | From _____ |
| Number    Street | To **2018** | Number    Street | To _____ |
| **Austin        TX  78723** | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No
   ☒ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Daniel Jonathon Kennedy | Case number (if known) | 19-11657 |
|---|---|---|---|

## Part 2: Explain the Sources of Your Income

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Non-Filing Spouse | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | **$44,230.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__)<br>YYYY | ☒ Wages, commissions, bonuses, tips | **$30,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__)<br>YYYY | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | Debtor 1 | | Non-Filing Spouse | |
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | **$31,742.00** |
| | ☐ Operating a business | | ☒ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__)<br>YYYY | ☐ Wages, commissions, bonuses, tips | **$61,256.00** | ☐ Wages, commissions, bonuses, tips | **$44,987.00** |
| | ☒ Operating a business | | ☒ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__)<br>YYYY | ☐ Wages, commissions, bonuses, tips | **$90,939.00** | ☐ Wages, commissions, bonuses, tips | **$75,826.00** |
| | ☒ Operating a business | | ☒ Operating a business | |

Debtor 1    **Daniel Jonathon Kennedy**          Case number (if known)   **19-11657**

**5.**    **Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Non-Filing Spouse | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | distributions from Kennec | $92,623.00 | | |
| | | | | |
| | | | | |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>               YYYY | | | | |
| | | | | |
| | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>               YYYY | | | | |
| | | | | |
| | | | | |

Debtor 1    __Daniel Jonathon Kennedy_____    Case number (if known)  __19-11657__

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

　　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

　　　☐ No.  Go to line 7.

　　　☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

　　　* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

　　　During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

　　　☐ No.  Go to line 7.

　　　☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Peter Frohman** <br> Creditor's name | | **$8,145.00** | _____ | ☐ Mortgage |
| **CMR 414 Box 2378** <br> Number     Street | **12/2/19 $5345** <br> **11/1/19 $2800** | | | ☐ Car <br> ☐ Credit card <br> ☐ Loan repayment <br> ☐ Suppliers or vendors |
| _____ <br> **APO AE**                       **09173** <br> City                     State    ZIP Code | | | | ☑ Other  **rent** |

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☐ No
☑ Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Rebecca Lathrop** <br> Insider's name | | **$5,000.00** | **$0.00** | **loan repayment** |
| **1741 E. Beverly Dr** <br> Number     Street | **8/5/19** | | | |
| _____ <br> **Phoenix**               **AZ**    **85042** <br> City                     State    ZIP Code | | | | |

Debtor 1  **Daniel Jonathon Kennedy**                          Case number (if known)  **19-11657**

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

## Part 4:     Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Rexford Industrial Realty LP v. Kennedy** | collection | **Superior Court of Los Angeles County**<br>Court Name<br>**111 N. Hill St**<br>Number      Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| Case number  **BC671766** | | **Los Angeles        CA        90012**<br>City                State      ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Kemper et al v. Kennedy et al** | construction disputer | **CC No 1**<br>Court Name<br>**1000 Guadalupe**<br>Number      Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| Case number  **C-1-CV-18-009335** | | **Austin                TX        78701**<br>City                State      ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Kemper et al v. Kennedy et al** | arbitration | **American Arbitration Association**<br>Court Name<br><br>Number      Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| Case number  **01-19-0000-6935** | | City                State      ZIP Code | |

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)  **19-11657**

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**

Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

---

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Austin Ridge Bible Church** | **1/19/18 - 11/29/19 total of $2130** | | |
| Charity's Name | | | |
| **9300 FM 2244** | | | |
| Number     Street | | | |
| | | | |
| **Austin**          **TX**     **78733** | | | |
| City          State     ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Dell Children's Medical Center Foundation** | **1/23/19 $1000** | | |
| Charity's Name | | | |
| **4900 Mueller Blvd** | | | |
| Number     Street | | | |
| | | | |
| **Austin**          **TX**     **78723** | | | |
| City          State     ZIP Code | | | |

Debtor 1 **Daniel Jonathon Kennedy**      Case number (if known) **19-11657**

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Michael Baumer**<br>Person Who Was Paid | **11/6/19 $1625 from Avenue B Development**<br>**12/3/19 $1500 cash** | | |
| **7600 Burnet Rd Ste 530**<br>Number    Street | | | |
| **Austin**     **TX**    **78757**<br>City      State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **GreenPath Credit Counseling**<br>Person Who Was Paid | **online credit counseling** | **11/6/19** | **$40.00** |
| Number    Street | | | |
| City      State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1  **Daniel Jonathon Kennedy**  Case number (if known)  **19-11657**

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Maxwell Ford Ltd**<br>Person Who Received Transfer | | **cash downpayment of $5000 on 2015 Ford F150** | **10/5/18** |
| **5000 S IH 35**<br>Number    Street | | | |
| **Austin          TX     78745**<br>City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Nyle Maxwell GMC**<br>Person Who Received Transfer | | **cash downpayment of $6500 on 2018 GMC Arcadia** | **5/5/18** |
| **3000 North IH 35**<br>Number    Street | | | |
| **Round Rock      TX     78681**<br>City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

Debtor 1  **Daniel Jonathon Kennedy** _____  Case number (if known) __19-11657__

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes.  Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Frost Bank** _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | XXXX- _2_ _7_ _6_ _4_ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **This Is It LLC business checking** | __11/1/19__ | __$20.00__ |

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Frost Bank** _____<br>Name of Financial Institution<br><br>_____<br>Number    Street<br><br>_____<br>City        State    ZIP Code | XXXX- _2_ _4_ _6_ _2_ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **Summer Moon Enterprises business checking** | __11/7/19__ | __$0.00__ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

Debtor 1    **Daniel Jonathon Kennedy**                                Case number (if known)    **19-11657**

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes.  Fill in the details.

## Part 10:    Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    ☑ No
    ☐ Yes.  Fill in the details.

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known)  **19-11657**

## Part 11:    Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Kennedy Construction Group LLC**<br>Business Name | **Describe the nature of the business**<br>construction | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **dba Avenue B Design Build** | | EIN: 8  2 – 0  8  3  5  8  3  6 |
| Number     Street | **Name of accountant or bookkeeper**<br>David French | |
| **824 W 10th St** | | **Dates business existed** |
| | | From      **2017**      To     **present** |
| **Austin**           **TX**    **78701**<br>City                    State    ZIP Code | | |

| | | |
|---|---|---|
| **Kennedy Equity LLC**<br>Business Name | **Describe the nature of the business**<br>holding company | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **825 W 10th St**<br>Number     Street | | EIN: 8  2 – 0  7  9  6  5  6  5 |
| | **Name of accountant or bookkeeper**<br>David French | |
| | | **Dates business existed** |
| **Austin**           **TX**    **78701**<br>City                    State    ZIP Code | | From      **2/17**      To     **present** |

| | | |
|---|---|---|
| **This Is It LLC**<br>Business Name | **Describe the nature of the business**<br>real estate investment | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **826 W 10th St**<br>Number     Street | | EIN: 8  1 – 1  2  5  8  8  0  4 |
| | **Name of accountant or bookkeeper**<br>David French | |
| | | **Dates business existed** |
| **Austin**           **TX**    **78701**<br>City                    State    ZIP Code | | From      **1/16**      To     **present** |

| | | |
|---|---|---|
| **Summermoon Enterprises LP**<br>Business Name | **Describe the nature of the business**<br>real estate investment | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| **827 W 10th St**<br>Number     Street | | EIN: 8  3 – 3  4  2  8  2  6  8 |
| | **Name of accountant or bookkeeper**<br>David French | |
| | | **Dates business existed** |
| **Austin**           **TX**    **78701**<br>City                    State    ZIP Code | | From      **9/18**      To     **present** |

Debtor 1    **Daniel Jonathon Kennedy**                                    Case number (if known)    **19-11657**

|  |  |
|---|---|
| | **Describe the nature of the business** **insulation** |

**Discount Insulation LLC**
Business Name

**828 W 10th St**
Number    Street                          **Name of accountant or bookkeeper**

_____

**Austin**          **TX**    **78701**
City                State    ZIP Code

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ — ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From        **2/17**        To    **present**

---

**Describe the nature of the business** **real estate investment**

**JDDK LLC**
Business Name

**829 W 10th St**
Number    Street                          **Name of accountant or bookkeeper**

_____

**Austin**          **TX**    **78701**
City                State    ZIP Code

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **8   2** – **3   5   2   8   8   2   4**

**Dates business existed**

From        **3/17**        To    **8/19**

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include**
     **all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Debtor 1    **Daniel Jonathon Kennedy**                                          Case number (if known)  **19-11657**

## Part 12:    Sign Below

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Daniel Jonathon Kennedy**                         X _____

Daniel Jonathon Kennedy, Debtor 1                        Signature of Debtor 2

Date     **12/17/2019**                                  Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel**<br>First Name | **Jonathon**<br>Middle Name | **Kennedy**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **19-11657**
(if known)

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Hold Secured Claims

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:    **Greater Texas FCU**<br><br>Description of property securing debt:    **2015 Ford F-150** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |
| Creditor's name:    **Greater Texas FCU**<br><br>Description of property securing debt:    **2018 GMC Acadia** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>☐ Yes |

Debtor 1    **Daniel Jonathon Kennedy** _____    Case number (if known)    **19-11657** _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).**

**Describe your unexpired personal property leases**                          **Will this lease be assumed?**

| Lessor's name: | **Joe Linsalata** | ☐ No |
| Description of leased property: | **commercial lease at 824 W 10th St, Austin, TX 78701** | ☑ Yes |

| Lessor's name: | **Peter Frohman** | ☐ No |
| Description of leased property: | **house lease** | ☑ Yes |

Official Form 108                **Statement of Intention for Individuals Filing Under Chapter 7**                page 2

| Debtor 1 | **Daniel Jonathon Kennedy** | Case number (if known) | **19-11657** |
| --- | --- | --- | --- |

| **Part 3:** | **Sign Below** |
| --- | --- |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Daniel Jonathon Kennedy**

Daniel Jonathon Kennedy, Debtor 1

Date **12/17/2019**

MM / DD / YYYY

X _____

Signature of Debtor 2

Date _____

MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Daniel** | **Jonathon** | **Kennedy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)     **19-11657**

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)       12/15

File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1.   **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101).

☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

☐ Yes.   Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2.   **Are you a disabled veteran (as defined in 38 U.S.C. § 3741(1))?**

☐ No.   Go to line 3.

☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.   Go to line 3.

   ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.   **Are you or have you been a Reservist or member of the National Guard?**

☐ No.   Complete Form 122A-1. Do not submit this supplement.

☐ Yes.   Were you called to active duty or did you perform a homeland defense activity?  10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Check any one of the following categories that applies:

      ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

      ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ which is fewer than 540 days before I file this bankruptcy case.

      ☐ **I am performing a homeland defense activity for at least 90 days.**

      ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.

<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Daniel</u><br>First Name | <u>Jonathon</u><br>Middle Name | <u>Kennedy</u><br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>WESTERN DISTRICT OF TEXAS</u>

Case number <u>19-11657</u><br>(if known)

</td></tr>
</table>

**Check one box only as directed in this form and in Form 122A-1Supp:**

☒ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

**Part 1:     Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

> Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

Debtor 1    **Daniel Jonathon Kennedy**      Case number (if known) **19-11657**

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5. Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from a business, profession, or farm | _____ | _____ |

Copy here ➔    _____    _____

**6. Net income from rental and other real property**

| | Debtor 1 | Debtor 2 |
|---|---|---|
| Gross receipts (before all deductions) | _____ | _____ |
| Ordinary and necessary operating expenses | − _____ | − _____ |
| Net monthly income from rental or other real property | _____ | _____ |

Copy here ➔    _____    _____

**7. Interest, dividends, and royalties**    _____    _____

**8. Unemployment compensation**    _____    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................... _____

For your spouse................................................. _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    _____    _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

Debtor 1    **Daniel Jonathon Kennedy**                                                    Case number (if known) **19-11657**

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**11.** **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

[        ] + [        ] = [        ]

Total current
monthly income

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a.   Copy your total current monthly income from line 11.........................................................**Copy line 11 here** ➔  12a. [        ]

Multiply by 12 (the number of months in a year).    **X    12**

12b.   The result is your annual income for this part of the form.    12b. [        ]

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [        ]

Fill in the number of people in your household.    [        ]

Fill in the median family income for your state and size of household.............................................................    13. [        ]

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a.   ☐   Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.  Do NOT fill out or file Official Form 122A-2.

14b.   ☐   Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Daniel Jonathon Kennedy**                                  **X** _____
Daniel Jonathon Kennedy, Debtor 1                              Signature of Debtor 2

Date **12/17/2019**                                                          Date _____
MM / DD / YYYY                                                                   MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.